UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　v.

KENNETH L. NORMAND,

　　　　Defendant.

Case No. CR98-5389JET

ORDER

　　　　THIS MATTER comes on before the above-entitled Court upon several filings by the defendant.

　　　　Having considered the entirety of the records and file herein, the Court finds as follows:

　　　　On or about February 7, 2005 the defendant filed a motion seeking to vacate his sentence. (Dkt. #247).  On March 28, 2005 the defendant filed an motion to withdraw his motion to vacate (Dkt. #250), and on or about April 4, 2005 he sent to the Court a request that the Court pay for a transcript of his May 2, 2003 re-sentencing hearing.  It is hereby

　　　　ORDERED that the motion to withdraw his motion to vacate (Dkt. #250) is GRANTED. The motion to vacate an illegal sentence (Dkt. #247) is DISMISSED without prejudice.  The request for a transcript is DENIED because the defendant has no motion pending before this Court which would require the Court to review any transcripts.

　　　　The clerk of the court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se.

　　　　DATED this 11th day of APRIL 2005.

　　　　　　　　　　　　　　　　　　　　　　　_/s/_____
　　　　　　　　　　　　　　　　　　　　　　　JACK E. TANNER
　　　　　　　　　　　　　　　　　　　　　　　SR. UNITED STATES DISTRICT JUDGE

- 1