HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH LEE NORMAND,<br><br>Defendant. | Case No. C06-5026 RBL<br><br>NO. CR98-5389 JET<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion Pursuant to 28 U.S.C. § 2255.

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On May 2, 2003 the defendant was re-sentenced after remand to 235 months custody for violations of federal drug laws. [CR98-5389 JET, Dkt. #241]. He did not file an appeal of that sentence; therefore, the judgment became final shortly thereafter. He now seeks to be re-sentenced under the recent decision of the Supreme Court in *United States v. Booker*, 125 S. Ct. 738 (2005) which declared that the United States Sentencing Guidelines were advisory only. However, the Ninth Circuit has ruled that the decision in *Booker* does not apply retroactively to defendants, such as Mr. Normand, whose convictions became final prior to the date of its publication. *United States v. Cruz*, 423 F.3d 1119, 1120 (9th Cir. 2005), *cert. denied*, _____ U.S. _____, 2006 WL 152073 (January 23, 2006).  It is therefore

ORDER
Page - 1

**ORDERED** that Defendant's Motion Pursuant to 28 U.S.C. § 2255 is **DENIED.**

The Court declines to issue a certificate of appealability because the defendant has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 28th day of January, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2